ACCEPTED
01-15-00651-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 10:12:59 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00651-CR

| | | |
|---|---|---|
| JOSEPH GARNER, APPELLANT | § § § | IN THE COURT OF APPEALS |
| VS. | § § | 1ST JUDICIAL DISTRICT |
| THE STATE OF TEXAS, APPELLEE | § § § | AT HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/8/2015 10:12:59 AM
CHRISTOPHER A. PRINE
Clerk

CASE NO. 1423865

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § | IN THE DISTRICT COURT OF |
| VS. | § § | HARRIS COUNTY, TEXAS |
| JOSEPH GARNER | § | 339TH JUDICIAL DISTRICT |

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES JOSEPH GARNER, appellant, by and through his attorney of record, KURT B. WENTZ, who files this Appellant's First Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

I.

The appellant was found guilty of indecency with a child and sentenced to ten (10) years confinement in the Institutional Division of the Texas Department of Criminal Justice.

II.

The appellant's brief was originally due on or about November 22, 2015.

III.

The attorney for the appellant is a sole practitioner who has not been able to complete the appellant's brief because of his involvement in the death penalty case entitled *The State of Texas*

1

*v. William Mason* in the 228th District Court of Harris County, Texas.

## IV.

There have been no prior requests for an extension of time to file the appellant's brief in this cause.

## V.

Because of a heavy trial schedule and other appellate deadlines an extension of time to February 15, 2016 is requested for the filing of the appellant's brief.

## VI.

This motion is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court grant this motion and extend the time for the filing of the Appellant's brief to February 15, 2016.

Respectfully submitted,

/s/Kurt B. Wentz_____
KURT B. WENTZ
5629 Cypress Creek Parkway, Suite 115
Houston, Texas 77069
Phone: 281/587-0088
e-mail: kbsawentz@yahoo.com
State Bar No. 21179300
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct copy of this motion was submitted to the Assistant District Attorney for Harris County, Texas presently handling this Cause on the

8th day of December, 2015.

/s/Kurt B. Wentz_____
KURT B. WENTZ